AO 442 (Rev. 11/11) Arrest Warrant

FID 11716325

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**RECEIVED**
By USMS District of Columbia District Court at 8:51 am, Sep 13, 2024

United States of America
v.
Isabella Giordano

Defendant

)
) Case: 1:24-mj-00287
) Assigned To : Judge G. Michael Harvey
) Assign. Date : 9/12/2024
) Description: COMPLAINT W/ARREST WARRA[NT]
)
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Isabella Giordano,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1361 (Destruction of Government Property).

Date: 09/12/2024

*Issuing officer's signature*

City and state: Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 9/13/24, and the person was arrested on *(date)* 9/13/24
at *(city and state)* Washington DC

Date: 9/13/24

*Arresting officer's signature*

Sgt. Sean Cox
*Printed name and title*